ROBERT R. STEVENSON, Appellant and Respondent, *v.* NEWS SYNDICATE CO., INC., Respondent and Appellant.

Submitted January 19, 1951; decided March 9, 1951.

Motion for reargument, or, in the alternative, for clarification of the opinion, denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 81.]